## Pittsburgh Housing Authority (et al., Appellant), *v.* Zarpas.

Argued March 14, 1968. Before MUSMANNO, JONES, COHEN, EAGEN, O'BRIEN and ROBERTS, JJ.

*Louis Vaira,* for appellant.

*Richard S. Crone,* with him *Crone and Cohen,* for appellees.

OPINION PER CURIAM, April 16, 1968:
Judgment affirmed.
Mr. Chief Justice BELL took no part in the consideration or decision of this case.